UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN BRISENO,<br><br>               Plaintiff,<br><br>     vs.<br><br>OLYMPIC ARCO GAS; T&H<br>REALTY, LLC; and DOES 1 through<br>10,<br><br>               Defendants. | **Case No.: CV 16-7849-DMG (GJSx)**<br><br>**ORDER APPROVING<br>STIPULATION FOR DISMISSAL<br>OF ENTIRE ACTION WITH<br>PREJUDICE [25]** |

Based on the parties' Stipulation and for good cause shown:

IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice in its entirety, with the parties to bear their own fees and costs.

DATED: March 15, 2017

_Dolly M. Gee_

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE